No. 5697.—Sucn. González, Etc., apldos., v. Graña, et als., apltes.—C. D. Mayagüez. ▮▮▮▮ ▮▮▮▮ Mayo 27, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Texidor.)

Desestimada a petición de la apelada por haberse establecido el recurso después de los diez días a que se refiere

la sección 19 de la Ley de Tercería, 5279 de la Compilación de 1911.